# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# _____ DIVISION

Audrey F. Edmonds
(Enter Above the Name of the Plaintiff in this Action)

3:16 cv 416

vs.

Department Of Veteran Affairs
Office Of General Counsel
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

_____

_____

_____

_____

## COMPLAINT

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Audrey Edmonds
Name - Full Name Please - PRINT

3033 SpringMeadows Ln.
Street Address

Trotwood, Ohio 45426
City, State and Zip Code

937-951-9779
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. __Office Of General Counsel__
   Name - Full Name Please

   __810 Vermont Avenue NW  Washington, DC  20420__
   Address: Street, City, State and Zip Code

2. _____

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☒ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

See Attachments    6 Pages

Statement of Claim     (Attachment)

Plaintiff (Audrey F. Edmonds) a Veteran of the United States Air Force, Honorably Discharged, has had her Civil Rights violated by fraudulent activity within the United States Federal Government, Veteran Affairs Departmental Organization Agencies.

Plaintiff's seeking monetary damages due to consistent physociological, mental and physical abuse which resulted in detrimental financial hardship and public humiliation, for the following reasons.

- Negligence
- Medical Mal Practice
- Breach Of Contract
- Unlawful Discrimination, of Ethnicity and Sexuality of (Heterosexual)
- Slander
- Deformation Of Character
- Assault
- Failure to Privatize her Mental Health and Physical Health Records.
- Consistently Forced out of a Living Environment.

Plaintiff seeks monetary damages in the amount of $450,000,000.00, against the United States Department Of Veteran Affairs Agency, due to severe negligence in reference to her medical and mental health treatment at the Veteran Affairs Facilities and the Veteran Medical Health Facilities, listed below.
  1, Mental Health
  2. Eye Clinic
  3. Dental Clinic

## DISCRIMINATION

As an Air Force Veteran, my military contract awarded me a guaranteed (4) year contract as an Educational Opportunity incentive. I was 17 years old when I entered the Air Force, upon returning home I enrolled into College, I applied for my educational GI Bill, the educational resources were essential due to my circumstance. I never received a reply through the mail, regarding the status of the GI Bill. Therefore, I drove to the nearest Veteran Affairs Office, they checked the status of my educational resources, and assured me that they had been processed, effectively. I waited another two months and decided to drive the Veterans Affairs Office again, unfortunately I had to take two young children with me, and this time the Personnel Staff member referred me to a different Department. He assured me that if I spoke with an individual within, a another department they would be able to assist me in securing availability of my educational assistance.

## MEDICAL MAL PRACTICE

I was waiting outside an office when a young Physician call me into her office, I went into her office with my small children, she introduced herself, as Physician Assistant, as an assistant I knew she didn't have the authority to diagnosis me as one of her patients, which I were definitely weren't It was my first introduction to her, she made several inquired of my aspirations regarding my future career, I responded to all of her inquiries, the session lasted only 15 or 20 minutes, I communicated with her only because I was new within the civilian world, I thought that It was essential that I communicate with her in order for the veteran's Department to authorize my educational resources. I wasn't aware that I was being medically evaluated by a Non Physician, ( that was Illegal). I left her office with my children, and returned to College. After several additional months, I hadn't received my Veteran's Educational GI Bill. I returned to the Veterans Affairs office/Hospital again. I inquired of the office which the Physician were assigned however, I was informed that she was an Intern Practicing Physician, in the process of attaining her Medical License. I requested a copy of my medical records because I realized that she was affiliated with a Mental Health Department, at that moment I realized, this particular Intern had diagnosed my Mental Health Status as a (Schizophrenic), I was devastated.

This Intern never informed me that she wasn't a Licensed Physician, she didn't have the professional authority to medically diagnose any patients. This circumstance deviated from medically professional standards, she intentionally diagnosed me with a severe mental health disorder, (The most severe mental health disorder), and she only communicated a moment of an extremely brief conversation with me, and she terminated my entire life accomplishments, after her unprofessional opinion of my mental health. This Physician Intentionally discriminated against me, and she had no reason to imply that I had any mental health issues; our conversation involved my authorization of accebility of my educational resources

## NEGLIGENCE

I continued to try and pursue my education incentives, but it was unfortunate for me because I never ever was awarded the opportunity to utilize my Veteran Educational Resources, which I had earned from the United States Federal Government Department of Defense as an appreciation for my dedication and the contribution to my country.

Due to not having assess to the Veteran higher achievement resources which I had secured for my future, I eventually were subjected to financial hardship. My home were foreclosed upon. I needed to pursue an opportunity, that's when I went to Dayton Ohio, My objective was to obtain employment with the Veterans Health Center, since I was a veteran, and my previous work experience was Administration. I applied for several positions, after being rejected for several positions. I decided that if I were to have the mental health diagnosis relinquished from my military medical records, I'd possibly have

2

a greater opportunity to pursue higher achievement in my current career.

## DELFORMATION OF CHARACTER AND SLANDER

So I went back to the United States Department of Veteran Affairs Hospital's mental health department, and discussed my circumstance with an official Physician, I informed her of what had transpired, how I had been misdiagnosed and that I was depressed due to the fact that I had encountered this particular hardship circumstance, and I realize that I was explaining my circumstance, but no one were listing to me, she wanted to prescribe me medication, apparently she believed that I was Schizophrenic, because that's what was evident in my records. ( I perceived that the original diagnosis could be repudiated  Later she decided to add injury to insult, she decided to diagnosis me as a (Paranoid Schizophrenic).  I was severely humiliated after she placed that information into my records. Again, the Physician never informed me of the fact she had diagnosed me as a Paranoid Schizophrenic. I just decided to check my medical records again, and I discovered that again, a Mental Health Medical employee had entered untruth information within my Mental Health Records, I immediately went to her office and asked her why, would classify me as being so severely disturbed when I am trying to accomplish greater achievements, same as you have achieved. I asked her if she would relinquish the negative original diagnosis and her diagnosis which are stereotypes which has destroyed my life. I assumed she had relinquished the fraudulent mental health diagnosis. However, the last time I checked my records, she had not retracted her intentional ( plagiarized) medical assessment, of my mental state and my well being currently.

In 2016 I received a letter form the Mental Health Clinic, I haven't returned to the Medical Clinic, because I'm being consistently medically evaluated incorrectly and fraudulently, or discriminated against consistently.,

## MEDICAL MAL PRACTICE

I have encountered severe complication with my eyes/ vision because the eye clinic, were installing solution within my eyes which burned, and later evaluated me and continually prescribed me the incorrect prescription, for glasses. I currently have several pair eye glasses an I can't see out of any of them, every time I visit the clinic my appointments with student interns and the aren't generally supervised by experienced Medical Doctors;.

I continued to visit the VA Medical Clinic to repair my dental complications, which are extremely severe, and necessary for comforting relief, I have almost lost my left eye due to nerve damage form acquiring dental services from student intern, within the dental clinic at the veteran's clinic. I went to dental clinic for approximately 5 years, an my mouth considerable much worse that prior to attaining treatment. Majority of the

3

departments which assist ed me as a veteran were extremely discriminative , I have experience severe negligence, within the dental clinic, I was even burned during a procedure once, and there's an exceptional number of individuals treating patients, when a patient should be assigned to only one individual, it's embarrassing to have someone observing the deterioration in your mouth, therefore no one wants the entire community to be laughing at them for the discruction transpiring with ageing teeth. However, some people think it's funny. I became humiliated, for anyone to observe my dental issues, because they are apparently much more sever currently than they were prior to attending the Dental Clinic. After five years I know If some one really were concerned of the implications that a persons dental appearance reflects to the world. I am embarrassed of what the VA Medical Health Clinic has done to my once beautiful smile.

## ASSAULT REGARDING MY SEXUALITY AS A HETEROSEXUAL AND FAILURE TO PRIVATCE MY PERSONAL MEDICAL RECORDS

I have been victimized by two assault attempts on two different occasions. One incident occurred the year of 2015. The assailants were transgender/gay females. These assailants attempted to abduct or force me into a van. I fought desperately in order to escape. They were shouting critical remarks at me and making accusations pertaining to my medical records personal information, regarding why I was diagnosed as a Schizophrenic, according to their brutal remarks (I was diagnosed as a schizophrenic because I was a heterosexual female), they were saying critical remarks about my mental health as if they knew someone whom were affiliated with accessibility to my medical records, They even stated that, it was why they listed me as crazy because I was heterosexual. I am even more so traumatized after the attempted abduction, regarding the fraudulent medical diagnosis imposed upon me regarding my mental health.

This attempted abduction was evident to me that my medical diagnosis with the mental health clinic was published and not privatized or kept confidential. It was embarrassing to be violated by total strangers and to be informed that they had access to my most embarrassing secrets, and also having them assaulting me and humiliating me due to my sexuality. I have encountered an exceptional amount of hardship only because I am a female and I am heterosexual

I was also victimized by another gay female whom were very large and threw me to the ground and began kicking me continuously, because I was a heterosexual an also accusing me of being mental, at the time I didn't know what meaning of mental was.

Apparently my medical records were not officially privatized properly and the legitimacy of my mental health evaluation was a total joke. The Federal Government's

4

elevated the opportunity for excessive physical and mental abuse, by enforcing gay laws upon the vulnerable american public.

The Federal Government failed to protect my Civil Rights several times by not providing the essential resources to sustain my safety, by forcing me into the mental health system and intentionally diminishing my credibility, by not allowing me to obtaining access to the appropriate resources, which are my earned educational opportunities.

## CIVIL RIGHTS VIOLATION

My Civil Rights have been violated in my Professional life and my private life, I have suffered tremendously. My career completely diminished and I encountered extensive financial hardship because of the United Stated Department Of Veteran Affairs negligence and unethical obligation to accomiate myself as a veteran of the United States Government whom only requested the resources which I earned. It would have been most beneficial if would have considered the fact that their critical actions has imposed severe punishment on innocence individuals,

5

BREACH OF CONTRACT

My Military Records were switched I believe even my dental records were switched, my smile was lovely until I went to Veterans Medical Facility, I believe they intentionally sabotaged my teeth to so my dental records would reflect the characterizations as someone else. It appears that the Department of Veteran Affairs transitioned my entire career to reflect the characteristics of someone else, My performance records during my Military tenure were nothing less than excellent. Not that Ian perfect, I just wanted the recognition which I deserved, for my sacrifices. I surely didn't deserve to be abused, for my patriotism.

The Federal Government Breached the Contract when they did not authorize me the opportunity to utilize the access to my four year paid educational tuition. After the Breaching of A Contract, they intentionally forced me into their Mental Health Clinical Health Programs. I was forced upon disability, when the Intern, fraudulent diagnosed me as a Schizophrenic, and placed her diagnosis in my medical records without my knowledge. This was nothing less than medical discrimination, from both physicians, and assistant physician. They didn't event inform me to my face that I had a mental health condition. Doctors always inform their patients if they have a medical condition, so they can make an intelligent decision regarding their care.

6

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption |
|---|---|
| —————— | —————— vs. —————— |
| —————— | —————— vs. —————— |
| —————— | —————— vs. —————— |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

See Attachments (1 Page)

I state under penalty of perjury that the foregoing is true and correct. Executed on this 29 day of September, 2016

Signature of Plaintiff

-4-

Relief

Plaintiff suing the Defendant United States Department of Veteran Affairs for monetary damages in the amount of $450,000,000.00 for violation of her Civil Rights, Discrimination, Severe Negligence, Slander, Mental Health Medical Mal Practice, Dental Medical Mal Practice, Vision Medical Mal Practice, Medical diagnosis implemented upon patients by unlicensed Physicians, and Physician plagiarism.

Plaintiff has encountered severe financial hardship due to the Defendant's Discriminatory Classification of her characteristic and personality judgments.

Plaintiff has not been able to establish secure employability due to detrimental medical negligence and discrimination which terminated her credibility as an American Citizen and her accessibility to secure Social Security resources.

Plaintiff request that the diagnosis of (Schizophrenia) which was implemented in her medical records be repudiated, by a Department of Veteran Affairs, Mental Health Licensed Physician.

Plaintiff request that the (Plagiarism) regarding her diagnosis of a (Paranoid Schizophrenic) be repudiated, by a Department of Veteran Affairs, Mental Health Licensed Physician.

Plaintiff request that all fraudulent diagnosis of her being a (Schizophrenic) and a (Paranoid Schizophrenic) be expunge from her official Department of Veteran Affairs, medical health records.

Plaintiff request that her veteran financial resources not be affected by this legal circumstantial situation, which was originated by the Defendant, the Department Of Veteran Affairs.

Plaintiff request that her legacy and her Dedication to the United States of America as an Air Force Military Technical Sergeant be a reflection of her true credentials which are of respectability and credibility; Honorably.