# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

AUDREY F. EDMONDS,   　　　　　　　　　Case No. 3:16-cv-416

　　　　　Plaintiff,   　　　　　　　　　Judge Thomas M. Rose

　　v.

DEPARTMENT OF VETERANS AFFAIRS,

　　　　　Defendant.

___

**ENTRY AND ORDER OVERRULING OBJECTIONS (DOC. 5), ADOPTING REPORT AND RECOMMENDATIONS (DOC. 4) AND DISMISSING COMPLAINT (DOC. 3) WITHOUT PREJUDICE**

___

　　This case is before the Court on the Objections (Doc. 5) filed by pro se Plaintiff Audrey F. Edmonds ("Plaintiff") to the Report and Recommendations ("Report") (Doc. 4).  In the Report, Magistrate Michael R. Merz, upon an initial review pursuant to 28 U.S.C. § 1915(e)(2), recommended that Plaintiff's Complaint (Doc. 3) be dismissed without prejudice.

　　As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case.  Upon said review, the Court finds that Plaintiff's Objections (Doc. 5) to the Report (Doc. 4) are not well taken and they are hereby **OVERRULED**.  The Court **ADOPTS** the Report (Doc. 4) in its entirety and **DISMISSES** the Complaint (Doc. 3) without prejudice to re-filing if Plaintiff can show an exception to sovereign immunity.   This case shall be **TERMINATED** on the docket of this Court.

　　**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, November 2, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　s/Thomas M. Rose

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS M. ROSE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE